# NEW BEDFORD POLICE DEPARTMENT 2006-10132

871 Rockdale Avenue, New Bedford, MA  02740
UCR OFFENSE REPORT

```
Report Title: POSS W/I CLASS B SCHOOL           Abuse: N  Hate Crime: N
Incident Occurred From: 06/17/2006  11:15     To:                    24
Call Info - Received:   06/17/2006  11:30     Arrived: 11:30  Completed: 12:04
Incident Address: 51 TALLMAN ST                               Apt#:
```

## SUMMARY OF OFFENSES

Statute: 94C.32J.802    POSS INTENT TO DISTRIBUTE CLASS B SCHOOL ZONE

## BUSINESS

```
TOA: VICTIM             Vic Type: SOCIETY/PUBLIC              Vic#: 1
Name: CRIMES AGAINST SOCIETY         Type: SOCIETY
Address: NIBRS VICTIM - SOCIETY  Apt/Unit:   City: NEW BEDFORD   St: MA
Zip:         Area Phone:
Synopsis:
```

## PERSONS

```
                                                    PCF: 00002845802
Person Type: ARRESTED OR SUMMONED  - ARREST APPLICATION  MNI: 184681  Seq#: 02
Name: MCKISSACK, TERRILL R           Race: BLACK    Sex: MALE    DOB: 11/21/1987
Address: 477 N FRONT ST              Apt/Unit: 1ST   Age at Time of Report: 18
City: NEW BEDFORD       SSN: 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    Cell Phone:
State: MASSACHUSETTS    Zip: 02745          Home Phone: 774-202-6770
Employer:                                   Work Phone:
Occupation: DROP-OUT/ NOT IN THE WORK FO
Driver's License#: S73233877           State: MA  Status: REVOKED
Other ID#:                      State:    Type:
Hgt: 5'5"  Wgt: 125 lbs  Eye Color: BROWN     Build: LIGHT    Skin: DARK
Hair: BLACK          Length: SHORT        Style: AFRO
Marks/Scars/Tattoos  Type:                   Location:
Side:              Desc:
AKA: MCKISSACK, TERRILL
Clothing:
Words:
Actions:
Short Synopsis: POSSESSION W/I CLASS B COCAINE SCHOOL
Statement:
                                                    PCF:
```

```
                                                             2006-10132
                        NEW BEDFORD POLICE DEPARTMENT
                                                             PAGE 2
```

```
Person Type: ARRESTED OR SUMMONED    - ARREST APPLICATION   MNI: 181188  Seq#: 05
Name: ALVAREZ, PRISCILLA              Race: WHITE      Sex: FEMALE  DOB: 04/25/1988
Address: 325 N FRONT ST               Apt/Unit: 2W     Age at Time of Report: 18
City: NEW BEDFORD          SSN: 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    Cell Phone:
State: MASSACHUSETTS       Zip: 02740          Home Phone:
Employer:                                      Work Phone:
Occupation: UNEMPLOYED - DISABLED
Driver's License#:                     State:         Status:
Other ID#:                             State:         Type:
Hgt: 5'0"   Wgt: 125 lbs  Eye Color: BROWN      Build: LIGHT    Skin: MEDIUM
Hair: BROWN         Length: LONG       Style: CORNROWS/BRAIDED
Marks/Scars/Tattoos  Type:                      Location:
Side:              Desc:
AKA: ALVAREZ, PRECILA
Clothing:
Words:
Actions:
Short Synopsis: DISORDERLY CONDUCT
Statement:
-------------------------------------------------------------------------------
                                                   PCF:
Person Type: ARRESTED OR SUMMONED    - ARREST APPLICATION   MNI: 211544  Seq#: 03
Name: BONNEAU, MELANIE                Race: WHITE      Sex: FEMALE  DOB: 03/02/1988
Address: 493 RIVET ST                 Apt/Unit: 1ST    Age at Time of Report: 18
City: NEW BEDFORD          SSN: 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    Cell Phone:
State: MASSACHUSETTS       Zip: 02740          Home Phone: 508-979-1121
Employer:                                      Work Phone:
Occupation:
Driver's License#:                     State:         Status:
Other ID#:                             State:         Type:
Hgt: 5'2"   Wgt: 125 lbs  Eye Color: BROWN      Build: LIGHT    Skin: LIGHT
Hair: BLACK         Length: LONG       Style: WAVEY
Marks/Scars/Tattoos  Type:                      Location:
Side:              Desc:
AKA:
Clothing:
Words:
Actions:
Short Synopsis: POSSESSION CLASS D MARIJUANA
Statement:
-------------------------------------------------------------------------------
                                                   PCF:
Person Type: ARRESTED OR SUMMONED    - ARREST APPLICATION   MNI: 189792  Seq#: 01
Name: ENCARNACION, RICARDO ADAM       Race: WHITE      Sex: MALE    DOB: 05/12/1982
Address: 307 N FRONT ST               Apt/Unit: 1ST FL Age at Time of Report: 24
City: NEW BEDFORD          SSN: 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    Cell Phone:
State: MASSACHUSETTS       Zip: 02745          Home Phone: 508-997-4119
Employer:                                      Work Phone:
Occupation: UNEMPLOYED
Driver's License#: A04742866           State: MA      Status: SUSPENDED
Other ID#:                             State:         Type:
Hgt: 5'8"   Wgt: 146 lbs  Eye Color: BROWN      Build: LIGHT    Skin: MEDIUM
Hair: BLACK         Length: MEDIUM     Style: STRAIGHT
Marks/Scars/Tattoos  Type: TATTOO               Location: ARM
```

```
                         NEW BEDFORD POLICE DEPARTMENT       2006-10132

                                                             PAGE 3
```

```
Side: LEFT              Desc: HILLDA
AKA:
Clothing:
Words:
Actions:
Short Synopsis: POSSESSION W/I CLASS B COCAINE SCHOOL
Statement:
---------------------------------------------------------------------
                                                PCF:
Person Type: ARRESTED OR SUMMONED    - ARREST APPLICATION  MNI: 167095  Seq#: 04
Name: SANCHEZ, LUIS                    Race: WHITE    Sex: MALE    DOB: 03/27/1989
Address: 95 GRANT ST                   Apt/Unit:      Age at Time of Report: 17
City: NEW BEDFORD           SSN:                 Cell Phone:
State: MASSACHUSETTS        Zip: 02745           Home Phone: 508-994-0298
Employer:                                        Work Phone: 774-202-5364
Occupation: STUDENT
Driver's License#:                       State:        Status:
Other ID#:                               State:        Type:
Hgt: 5'4"   Wgt: 135 lbs  Eye Color: BROWN      Build: LIGHT      Skin: MEDIUM
Hair: BROWN         Length: LONG      Style: BRAIDED
Marks/Scars/Tattoos  Type:                     Location:
Side:              Desc:
AKA:
Clothing:
Words:
Actions:
Short Synopsis: POSSESSION W/I CLASS B COCAINE SCHOOL
Statement:
```

**NO OTHER POLICE OFFICER WITNESSES ASSOCIATED TO THIS REPORT**

## ARREST OR SUMMONS INFORMATION

```
Person Type: ARRESTED OR SUMMONSED    Name: MCKISSACK, TERRILL R       Seq#:
Arrest Date: 06/17/06  Time: 11:30    MNI#: 184681   OBTN#: TNEB000075452
Arrest Type:  ARRESTED ON VIEW        Location: 51 TALLMAN ST
DOB: 11/21/1987 Age: 19

Arrested by: 3757   RAMOS, SHAIN E

Charges:

  Chap:94C   Sec:34     Charge: UNLAWFUL POSSESSION CLASS D SUBSTAN
  Chap:94C   Sec:40     Charge: CONSPIRACY TO VIOLATE CONTROLLED SU
  Chap:266   Sec:120    Charge: TRESPASS PRIVATE PROPERTY

Prisoner's Property:
```

Case 1:07-cr-10154-PBS   Document 5-2   Filed 05/14/07   Page 4 of 13

```
                                                            2006-10132
                    NEW BEDFORD POLICE DEPARTMENT
                                                            PAGE 4
```

```
$411.00 SEIZED
BELT
CHANGE
-----------------------------------------------------------------------
Person Type: ARRESTED OR SUMMONSED   Name: ALVAREZ, PRISCILLA       Seq#:
Arrest Date: 06/17/06  Time: 11:30   MNI#: 181188  OBTN#: TNEB000075456
Arrest Type: ARRESTED ON VIEW        Location: 51 TALLMAN ST
DOB: 04/25/1988 Age: 18

Arrested by: 3757    RAMOS, SHAIN E

Charges:

  Chap:17   Sec:1    Charge: DISORDERLY CONDUCT
  Chap:268  Sec:32B  Charge: INTERFERE WITH POLICE OFFICER

Prisoner's Property:

(2) EAR RINGS
(2) ELASTICS
-----------------------------------------------------------------------
Person Type: ARRESTED OR SUMMONSED   Name: BONNEAU, MELANIE         Seq#:
Arrest Date: 06/17/06  Time: 11:30   MNI#: 211544  OBTN#: TNEB000075453
Arrest Type: ARRESTED ON VIEW        Location: 51 TALLMAN ST
DOB: 03/02/1988 Age: 19

Arrested by: 3757    RAMOS, SHAIN E

Charges:

  Chap:266  Sec:120  Charge: TRESPASS PRIVATE PROPERTY
  Chap:94C  Sec:34   Charge: UNLAWFUL POSSESSION CLASS D SUBSTAN
  Chap:94C  Sec:40   Charge: CONSPIRACY TO VIOLATE CONTROLLED SU

Prisoner's Property:

BELT
GLASSESS
(3) GOLD CHAINS
2 ELASTIC




-----------------------------------------------------------------------
Person Type: ARRESTED OR SUMMONSED   Name: ENCARNACION, RICARDO ADAM  Seq#:
Arrest Date: 06/17/06  Time: 11:30   MNI#: 189792  OBTN#: TNEB000075451
Arrest Type: ARRESTED ON VIEW        Location: 51 TALLMAN ST
DOB: 05/12/1982 Age: 24

Arrested by: 3757    RAMOS, SHAIN E
```

**Charges:**

| | | | |
|---|---|---|---|
| Chap:266 | Sec:120 | Charge: | **TRESPASS PRIVATE PROPERTY** |
| Chap:94C | Sec:34 | Charge: | **UNLAWFUL POSSESSION CLASS D SUBSTAN** |
| Chap:94C | Sec:32A | Charge: | **POSSESSION CLASS B SUBSTANCE INTENT** |
| Chap:94C | Sec:32J | Charge: | **POSS INTENT TO DISTRIBUTE CLASS B S** |
| Chap:94C | Sec:40 | Charge: | **CONSPIRACY TO VIOLATE CONTROLLED SU** |

**Prisoner's Property:**

3 RINGS
NECKLACE
WATCH
BELT
HAT

---

Person Type: ARRESTED OR SUMMONSED    Name: **SANCHEZ, LUIS**              Seq#:
Arrest Date: **06/17/06**  Time: **11:30**   MNI#: **167095**   OBTN#: **TNEB000075455**
Arrest Type: **ARRESTED ON VIEW**     Location: **51 TALLMAN ST**
DOB: **03/27/1989** Age: **18**

Arrested by: **3757    RAMOS, SHAIN E**

**Charges:**

| | | | |
|---|---|---|---|
| Chap:94C | Sec:32C | Charge: | **POSSESSION CLASS D SUBSTANCE INTENT** |
| Chap:94C | Sec:32J | Charge: | **POSS INTENT TO DISTRIBUTE CLASS D S** |

**Prisoner's Property:**

BELT
DOO-RAG
NECKLACE
CONDOM
$00.50
COLOGNE

---

**NO CITATIONS ASSOCIATED TO THIS REPORT**

**NO TOWS ASSOCIATED TO THIS REPORT**

# PROPERTY

Status: **SEIZED**              Type: **CRACK COCAINE**      -PLASTIC BAG(S)

================================================================================

```
Qty: 000000200.600 GRAM(S)         Desc: 9 P.B. SUBS
OCIB Case#: 06-OC159  Prop.Tag#: 00172886  Recov.OFC: 3788


Status: SEIZED              Type: CRACK COCAINE    -PLASTIC BAG(S)
Qty: 000000000.400 GRAM(S)         Desc: 1 P.B. SUBS
OCIB Case#: 06-OC159  Prop.Tag#: 00172888  Recov.OFC: 3788


Status: SEIZED              Type: CRACK COCAINE    -PLASTIC BAG(S)
Qty: 000000000.200 GRAM(S)         Desc: 1 P.B. SUBS
OCIB Case#: 06-OC159  Prop.Tag#: 00172889  Recov.OFC: 3788


Status: SEIZED              Type: MARIJUANA        -BAGGED MARIJUANA
Qty: 000000010.000 GRAM(S)         Desc: 21 P.B. GRN VEG
OCIB Case#: 06-OC159  Prop.Tag#: 00172890  Recov.OFC: 3788


Status: SEIZED              Type: MARIJUANA        -BURNT MARIJUANA CIGARETTE
Qty: 000000002.000 DOSAGE UNIT/ITEMS  Desc: 2 BURNT CIGS
OCIB Case#: 06-OC159  Prop.Tag#: 00172891  Recov.OFC: 3788


Type:MONEY                  Property Status: SEIZED
Qty:           Brand/Make: U.S. CURRENCY          Model:
Article Value: 000000151  Article Number: 00172892
Serial #:
Description: $151.00
Owner:


Type:MONEY                  Property Status: SEIZED
Qty:           Brand/Make: U.S. CURRENCY          Model:
Article Value: 000000601  Article Number: 00172893
Serial #:
Description: $601.00
Owner:
```

Total Property Value Stolen: $        0  Recovered: $         0

## PHOTOS AND FINGERPRINTS

Processed: **NO**  By:                          Photos: **NO**  Prints:

―――――――――――――――**NARRATIVE**―――――――――――――――

Sir,

On Saturday, June 17, 2006 members of the New Bedford Police Organized Crime Intelligence Bureau (O.C.I.B.) conducted an undercover street operation. The focus of this operation is to target street level narcotics distribution

conducted by members and associates of the Latin Kings, which is street gang known for its propensity for violence and drug related activity. The Latin Kings have plagued the North Front Street are with drugs and violence.

During my tenure within the narcotics unit I have been involved in a number of arrests involving members of this street gang for the distribution of various controlled substances. During this operation Detective Sergeants Paul Oliveira and Robert Aguiar were operating undercover surveillance vehicles and established undercover surveillance in the area.

Detective Sergeant Oliveira obtained a surveillance point, which gave him an unobstructed view of the rear yards of 51 Tallman Street and the abutting yard of 325 North Front Street, which is within 1000 feet of the Saint Anthony's School.

Detective Sergeant Oliveira was in radio contact with other members of the operation and gave us specific details to his observations. At the outset of his surveillance point Detective Sergeant Oliveira immediately identified co-defendants Ricardo Encarnacion DOB- 05/12/82 and Luis Sanchez DOB-03/27/89, both of whom have pending drug cases with O.C.I.B. and known to be members of the Latin Kings. Detective Sergeant Oliveira also provided a physical description of co-defendants Melanie Bonneau DOB-03/02/88 (i.e. white female, wearing blue jeans and a tan tank top) and Terrill Mckissack DOB-11/21/87 (i.e. dark skin black male, wearing a black T-shirt and doo-rag).

During ongoing surveillance Detective Sergeant Oliveira observed a number of drug customers enter the yard where he observed hand-to-hand transactions between either Encarnacion or Mckissack and these unknown drug customers. Of these drug customers Detective Sergeant Oliveira and Sergeant Aguiar were able to direct Detectives assigned to cruisers to the stop of two of these customers.

Detective Sergeant Oliveira directed Detective John Encarnacao and I to the stop of Juan Molina DOB-09/30/64, who was wearing a blue shirt and operating a blue vehicle bearing Massachusetts' registration 74ZD63 at the intersection of Sawyer Street and Acushnet Avenue. Upon approaching the vehicle on foot I noticed Molina abruptly move his hand to his mouth. Molina was removed from the vehicle, however it is believed he ingested the cocaine he had just purchased. Molina was queried through N.C.I.C. and subsequently released.

During this time Detective Sergeant Aguiar directed Detectives John Pereira and Daniel Amaral to the stop of Joseph Costa DOB-02/28/58, who entered the rear yard on foot wearing a red shirt. Detectives stopped Costa on Acushnet Avenue between Nye and Bullard Streets. As Detectives approached Costa in the un-marked cruiser they could clearly see that Costa had the substance I his mouth and swallowed it as they approached. They attempted to extract the substance from his mouth, however he was able to ingest it. Costa later admitted that he purchased seven dollars worth of crack cocaine from the guys in the yard. Costa stated he is familiar with the area and just walks the block when he is looking to buy crack cocaine. Costa was also queried through N.C.I.C. and released.

During the stop of these males Detective Sergeant Oliveira observed Encarnacion repeatedly go back to an area at the back of the porch at the rear of 51

Tallman Street where Detective Sergeant Oliveira believed he had stashed his cocaine for sales. Note based on our training and experience we are well aware that drug dealers commonly stash their drug for sale in the area so that it stopped they would not be found in possession of any contraband. Refer to Detective Sergeant Oliveira's surveillance report for further details in regards to his observations.

Following these stops Detective Sergeant Oliveira elected to move in and stop the parties congregating in the rear of 51 Tallman Street. While assisting Detectives were rallying in the area to make an approach, Detective Sergeant Oliveira informed us that Bonneau had just rolled a marijuana blunt and it was being passed between the co-defendants (Mckissack, Encarnacion and Sanchez).

Detectives assigned to cruiser then made an approach into the area from Tallman Street. As we entered the yard Sanchez had walked out to North Front Street and noticed us approaching. Sanchez then exited the yard and started running northerly on North Front Street. Sanchez then ducked into a yard where Detective Sergeant Aguiar was on foot in an abutting yard to the west. Detective Sergeant Aguiar observed Sanchez reach into the front of his waistband and motion as if he was discarding an item behind a disposal shed in the yard. Detective Sergeant Aguiar yelled for assistance as he attempted to scale the fence to get into the yard Sanchez was attempting to hide in.

Detectives Encarnacao, Amaral, Sergeant Oliveira and I entered the yard to take Sanchez into custody. Sanchez was ordered to the ground and ordered to place his hands in the small of his back. Sanchez did not ad hear to our demands and a struggle ensued between him and assisting Detectives. Once Sanchez was secure Detective Amaral checked the area of the disposal shed and found a sandwich bag containing 21 individual bags of marijuana, weighing approximately 10 grams with packaging. Detective Encarnacao recovered $601.00 in U.S. currency from Sanchez' left front pocket, which was later seized as drug proceeds. Sanchez was then escorted to the yard of 51 Tallman Street.

Detectives Tyrone Jones and Pereira secured co-defendants Encarnacion, Mckissack and Bonneau in the rear yard of 51 Tallman Street. Detective Jones conducted searched the area of the rear porch and located a sandwich bag containing 10 individual bags of crack cocaine. Note this is the same area where Detective Sergeant Oliveira had previously observed Encarnacion go to. Detective Jones also removed the contents of Encarnacion's pocket and found a corner bag containing crack cocaine in his right front pocket, which was packaged consistent to the bags seized from the porch. In addition Detective Jones recovered $151.00 in U.S. currency from his left front pocket, which was later seized as proceeds.

Detective Pereira recovered two (2) marijuana blunts that, which were both still warm to the touch and smoldering from the ground near the porch where these parties were standing. Note neither of these parties lives at 51 Tallman Street nor in this area.

At this time the prisoner transport van was summoned for transport. Detective Encarnacao searched around the porch where Detective Jones recovered the cocaine and found a number of baggies with the corners cut, which would indicate that the crack cocaine is being packaged right in the yard.

A short time later the prisoner transport van arrived on scene. The arrested parties were escorted to the van. During this a number of people had gathered. While Detectives were walking the arrested parties to the van a number of people were walking up on the Detectives and ordered to move back. One female, identified as Priscilla Alvarez DOB-04/25/88 kept approaching Detectives and yelling and creating a disturbance. Alvarez was ordered several times to return to her home, however she kept yelling and would not leave the area. Alvarez was subsequently placed under arrest and placed in the van.

All five parties were transported into Central Booking where they were allowed the use of the phone, booked and subsequently transported to the House of Correction.

Detective Jones and Amaral processed all the drug evidence along with the seized proceeds. These items were later handed to Detective Sergeant Aguiar to be secured in their respective locations.

Respectfully submitted,
Detective Shain Ramos #3757

## ADMINISTRATION

Electronic Signature by Logon: **PEREIRA, JOHN P**
Report Entered by Officer: **RAMOS, SHAIN E**
Unit OFC1: **RAMOS, SHAIN E**              #: **3757**   Unit: **DX20** Date: **06/17/06**
Unit OFC2:                                  #:           Unit: **DX20**
Routing:                                    Date:                       Div:
Clearance :                                 Clearance Date:
Supervisor : **OLIVEIRA, PAUL J**           #: **3750**
Approved By: **AGUIAR, ROBERT J**           #: **3017**
Attachments:
Digtal Photos Attached: **N**

```
                                                          2006-10132
                 NEW BEDFORD POLICE DEPARTMENT
                                                          PAGE 10
```

# NEW BEDFORD POLICE DEPARTMENT 2006-10132/1
871 Rockdale Avenue, New Bedford, MA  02740
UCR SUPPLEMENT REPORT

```
FOLLOW-UP: POSS W/I CLASS B SCHOOL
OCCURRED: 06/17/2006 11:15           TO:
RECEIVED: 06/17/2006 11:30           ARRIVED: 11:30      COMPLETED: 12:04
FOLLOW-UP ADDRESS:51 TALLMAN ST                APT#
CITY.:                       STATE:                      ZIP: 41400
CENSUS TRACT:        ZONE:           AREA:
```

NO OFFENSES ASSOCIATED TO THIS REPORT

NO BUSINESS OR ORGANIZATION ASSOCIATED TO THIS REPORT

NO OTHER POLICE OFFICER WITNESSES ASSOCIATED TO THIS REPORT

NO ARRESTS ASSOCIATED TO THIS REPORT

NO CITATIONS ASSOCIATED TO THIS REPORT

NO TOWS ASSOCIATED TO THIS REPORT

NO PROPERTY ASSOCIATED TO THIS REPORT

Total Property Value Stolen:  $        0   Recovered: $         0

## PHOTOS AND FINGERPRINTS

==========================================================================

NEW BEDFORD POLICE DEPARTMENT

2006-10132

PAGE 11

Processed: **NO**  By:                                   Photos: **NO**   Prints:

---NARRATIVE---

On Saturday, June 17, 2006 at approximately 10:15AM I positioned myself in a surveillance point which enabled me a view of the rear yards of 325 North Front Street and 51 Tallman Street. These two yards are connected and from my surveillance point I had a view of both of them. All members of the Narcotics Division along with most members of uniform division are familiar with this area due to the constant drug activity.

Many narcotic related arrests have been made as a result of surveillance being conducted in this area. We have become very familiar with the drug dealers that deal from this area since we have been arresting them over and over during the last year. Never the less they return to the area and continue dealing drugs.

From my experience of conducting surveillance in this area and as a result of conversations with informants I am well aware that the dealers use the backyard because they feel they can deal their drugs without being observed by the police. The dealers will often hang in the front of 325 North Front Street and when a customer arrives they will escort them into the ally on the south side of the house which leads to the backyard. Once in the backyard the dealer will either retrieve the drugs from inside the back hallway or from a stash area in the yard. After the deal has been completed the buyer will then exit the area back through the ally or walk out on Tallman Street.

Since we have made so many arrests in the area the dealers know better than hanging in front of the house with drugs in their pockets. This area is one of the worst areas in the city of New Bedford for drug activity, therefore, the dealers are well aware that the chance of them being stopped in front of this address is good.

Since the backyard of 325 North Front Street is open to the backyards of 45 Tallman Street and 51 Tallman Street and is viewable from the backyards of a few houses on Nye Street we are constantly getting complaints from the nearby residents who are living in this area and have to view this drug dealing on a constant basis. We constantly hear from parents that they are not able to allow their children to play in the backyards due to the around the clock traffic of these drug users and drug dealers. Therefore, by returning to the area to conduct surveillance we were hopeful to again arrest the dealers and put them in jail so the kids in the neighborhood can enjoy their backyards as most kids can do.

At the outset of my surveillance I was able to identify two known drug dealers in the rear yard of 325 North Front Street. The first male I was familiar with was Riccardo Encarnacion. I am very familiar with him and know him to be a drug dealer. As a matter of fact I previously observed him make a drug deal in this very same backyard and I am aware that the case is currently pending in court. I am also aware that he has a number of other narcotic related offenses pending in court from previous arrests. The second male I was familiar with was Luis Sanchez. I was also familiar with him as a drug dealer since he has been

============================================================================

dealing in the area from quite some time.

There was a third male present with Encarnacion and Sanchez, however I was not familiar with him. This male was a dark skin black male, wearing a black tee shirt and a doo rag. There was also a female hanging around with these two males who was white and wearing a tan tank top and blue jeans.

During my surveillance I noticed that it appeared that the males were taking turns going toward the front of 325 North Front Street and the other two males would hang around the backyard. This allowed the male to direct the customers to the back of the house to meet with the other two dealers in order to make the sale. During the early part of my surveillance there were no detectives in the area to stop any of the customers. Therefore, I was just observing the actions of these individuals.

Once detectives were set up in the are I informed them of a male I observed coming into the backyard who was escorted by Sanchez. Sanchez walked the male, who was later identified as Juan Molina over to Encarnacion who was sitting on the back steps of 51 Tallman Street. After a short conversation Encarnarcion got off of the stairs and walked to the back of the porch (west side). When he got to the west side I saw him reach towards the porch, however I was unable to see exactly what he was doing. (Note that during the surveillance I had already seen him go to this location one other time before he made a deal).
Within
seconds he walked back to the male who was waiting and then conducted a hand to hand transaction with this male. This male handed him money in exchange for an item that Encarnacion handed back to him. After this quick transaction the male exited back through the ally and Encarnacion sat back on the back stairs to 51 Tallman Street. As the male exited the ally Detective Sgt. Robert Aguiar picked up surveillance of him and directed detectives to stop him. He was in fact stopped and he apparently swallowed the bag of cocaine in front of detectives as they approached him.

The next customer I observed was wearing a red shirt, he was later identified as Joseph Costa. Upon him walking into the back yard he approached McKissack, who was standing in the yard. After a brief conversation McKissack approached Encarnacion who was sitting on the back porch of 51 Tallman Street. Encarnacion then handed him an item which he in turn handed over to Costa in exchange for currency. After this exchange Costa exited back out the ally way and Sgt. Aguiar followed him out of the area and directed detectives to him. Costa also swallowed the back of cocaine, however admitted to Detectives that he had in fact just purchased cocaine from the male.

While these male were being stopped two other customers had entered the yard at different times and were involved in transactions with Encarnacion. On both occasions Encarnacion walked to the back of the porch before being observed in the actual hand to hand transaction. Based on my observations it was quite obvious that Encarnacion was stashing his cocaine supply in the area of the back of the porch since he was going to the area before nearly all of the deals.
During further surveillance I observed the female, Bonneau to be holding a marijuana cigarette that had just been made but not rolled. She handed it over to Sanchez who proceeded to roll it up and then light it. After lighting it he smoked it and then handed it to McKissack. Sanchez then walked toward the

==============================================================================

front of 325 North Front Street.

As they smoked this marijuana cigarette Encarnarcion and McKissack sat on the back porch of 51 Tallman Street and the female, Bonneau was standing beside them. Sanchez was now standing in the alley near the front of 325 North Front Street. At this time I directed nearby detectives to move in since I felt it would be the best opportunity to move in on them without being detected too early.

For more details of the approach refer to the arrest report by Detective Shain Ramos.

Note that upon me arriving to the backyard of 325 North Front Street I was informed by Detective Tyrone Jones that he had found a bag containing 10 bags of
cocaine. He stated that he immediately had found it upon looking in the area where I had informed him that I observed Encarnacion going before most of the deals.

Once the arrested individuals were placed in the prisoner transport van people in the neighborhood were actually clapping for us and giving us the thumbs up. It was apparent that they were happy that these drug dealers were again being arrested. The only person that did not seem happy with us was a female in the second floor window of 325 North Front Street who was yelling obscenities at us and pulled her pants down and exposed her buttocks.

Respectfully submitted,

Sgt. Paul Oliveira

## ADMINISTRATION

Electronic Signature by Logon: **OLIVEIRA, PAUL J**
Report Entered by Officer: **OLIVEIRA, PAUL J**
Unit OFC1: **PEREIRA, JOHN P**                #: **3788**   Unit: **DX20** Date: **06/23/06**
Unit OFC2:                                    #:            Unit: **DX20**
Routing:                                      Date:                     Div:
Clearance :                                   Clearance Date:
Supervisor : **LIZOTTE, DAVID**               #: **3610**
Approved By: **LIZOTTE, DAVID**               #: **3610**
Attachments:
Digtal Photos Attached: **N**